# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5023 ODW(RZx) | Date | March 1, 2010 |
|---|---|---|---|
| Title | Aviation Finance Services v. Silver Sky Lineas Aereas, S.A., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):** **Order Requesting Further Response to the Court's Order to Show Cause [26] (Filed 1/25/10)**

The Court has reviewed Plaintiff's response to the above-referenced Order to Show Cause. The Court orders plaintiff to file a Further Response on or before **Monday, May 3, 2010.**

IT IS SO ORDERED.

:   00

Initials of Preparer    RGN