# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIATION FINANCE SERVICES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SILVER SKY LINEAS AEREAS, S.A., et al.,<br><br>　　　　Defendants. | Case No. 2:08-cv-5023-ODW (RZx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Plaintiff has failed to timely file a status report in compliance with the Court's March 12, 2012 Order (ECF No. 62). Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution.

This case has been languishing on the Court's docket since July 2008—Plaintiff has been trying to serve Defendant Ricardo Lasmartes for over four years to no avail. At this juncture, and in light of Plaintiff's disappointing September 6, 2012 Status Report, the Court wonders whether Lasmartes will ever be found or served; and whether this Court is the best venue. And based on Plaintiff's failure to timely file a status report, Plaintiff may have given up.

The Court empathizes with Plaintiff in its quest to recover $6.7 million from a defunct foreign corporation. But Plaintiff's day in court may never come, and this case cannot remain on the Court's docket indefinitely.

1   Plaintiff shall respond to this Order to Show Cause by December 31, 2012.  No
2   appearances are necessary.  Failure to timely respond will result in the dismissal of
3   this case.
4   **IT IS SO ORDERED.**
5   December 20, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**