# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIATION FINANCE SERVICES,<br><br>        Plaintiff,<br><br>    v.<br><br>SILVER SKY LINEAS AEREAS, S.A. et al.,<br><br>        Defendants. | Case No. 2:08-cv-5023-ODW (RZx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

    Plaintiff's last three status reports (March 1, 2013; April 1, 2013; May 1, 2013) are substantively the same. That is, Plaintiff avers that it is working with Argentinean counsel to file this lawsuit in Argentina. But to date, that lawsuit has not been filed.

    Again, the Court emphasizes that this case has been languishing on the docket since July 2008. Plaintiff also appears to be working at less than full speed in its Argentinean case. At this point, the Court finds no reason why this case should not be dismissed for lack of prosecution.

    Thus, Plaintiff must either serve Defendant Ricardo Lasmartes by May 31, 2013, or the Court will dismiss this case for lack of prosecution. No further extensions will be allowed.

    **IT IS SO ORDERED.**

    May 1, 2013

                                          _____
                                            **OTIS D. WRIGHT, II**
                               **UNITED STATES DISTRICT JUDGE**